# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RAMIREZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-168 |
| AFC ENTERPRISES, INC. | § § | |

TYPE OF CASE:        __X__ CIVIL                                                      ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT'S MOTION TO DISMISS AND BRIEF IN SUPPORT (DOCKET NO. 4)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

NOVEMBER 7, 2002 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 2, 2002

TO:     MR. RICARDO A. GARCIA
        MR. DOUGLAS C. BRACKEN