IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RAMIREZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-168 |
| | § | |
| AFC ENTERPRISES, INC. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JESUS RAMIREZ, Plaintiff, in the above entitled and numbered cause, and files this his Response to Defendant's Motion to Dismiss and would respectfully show unto the Court as follows:

I.

Plaintiff does not oppose Defendant's Motion to Dismiss in light of the arbitration provision applicable between the parties. The parties have initiated the arbitration process as per the guidelines of the American Arbitration Association.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs do not oppose Defendant's Motion to Dismiss, request that this Honorable Court allow the parties to arbitrate in accordance with the arbitration guidelines applicable to this cause of action, and for such other relief that Plaintiff can show himself justly entitled.

Respectfully submitted,

LAW OFFICE OF RICARDO A. GARCIA

By: _____
RICARDO A. GARCIA
State Bar No. 07643200
AIZAR J. KARAM, JR.
State Bar No.00796860
820 South Main Street
McAllen, Texas  78501
(956) 630-2882 - Telephone
(956) 630-5393 - Facsimile

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on October 10, 2002 on the following:

SARLES & OUIMET, L.L.P.
Douglas C. Bracker
370 Founders Square
900 Jackson St.
Dallas, Tx 75202

_____
Aizar J. Karam, Jr.