7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RAMIREZ, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. B-02-168 |
| AFC ENTERPRISES, INC., | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

CAME ON for consideration this day Defendant's Motion to Dismiss in the above-referenced matter. The Court, after reviewing the Motion and evidence, finds that Defendant's Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this lawsuit be dismissed to permit the parties to proceed to binding arbitration before the American Arbitration Association in accordance with the parties' pre-existing arbitration agreement.

SIGNED this 5th day of November, 2002.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Defendant's Motion to Dismiss - Page solo